**Mary O. VOLK v. J. Earl CASEY et al.**
No. 6097.

Circuit Court of Appeals, Sixth Circuit.
Dec. 15, 1932.

H. R. Schuler and J. W. McCarron, both of Cleveland, Ohio, and C. F. Schaber and C. E. Knisely, both of Bucyrus, Ohio, for appellant.

Carl J. Gugler, of Galion, Ohio, C. H. Henkel, of Mansfield, Ohio, Dean C. Talbott, of Galion, Ohio, L. C. Barker and Stuart R. Bolin, both of Columbus, Ohio, and Bernon, Mulligan, Keeley & LeFever, of Cleveland, Ohio, for appellees.

PER CURIAM.
Judgment of District Court affirmed.

In the Matter of the Petition of W. E. HEDGER COMPANY, Inc., as Owner of THE Steam Tug NAT SUTTON for limitation of liability.

David E. LEACH, as Owner of THE Barge BLOOMFIELD, Libelant-Appellee, v. HEDGER TRANSPORTATION COMPANY, Inc., and The Steam Tugs Nat Sutton and THE HOLBROOK, Respondent-Appellants.

CANADA ATLANTIC GRAIN EXPORT COMPANY, Inc., Libelant-Appellee, v. HEDGER TRANSPORTATION COMPANY, Inc., The Steam Tug Nat Sutton, The Barge Bloomfield, and THE Barge ARTHUR L. HABER, Respondents-Appellants.
No. 15.

Circuit Court of Appeals, Second Circuit.
March 6, 1933.

On rehearing.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Upon reconsideration, we are of the opinion that, although the transportation company did assign error to the failure to hold the Sutton primarily liable, no assignment was sufficient to put in issue on appeal the Sutton's right to limit liability. Nor did the Hedger Company assign error on that point as it had a favorable decision below. Since neither Leach nor Canada-Atlantic filed any assignments at all, the Sutton's right to limitation was not raised, and accordingly our mandate will be amended by striking out that part which denies limitation to the Sutton.

**WEST FLAGLER AMUSEMENT CO., Inc., Appellant, v. CORAL WAY AMUSEMENT CORPORATION and Dewey Knight, Appellees (two cases).**
Nos. 6637, 6638.

Circuit Court of Appeals, Fifth Circuit.
March 22, 1933.

Leonard Epstein, of Miami, Fla., for appellant.

Robert C. Lane and Geo. L. Patterson, both of Miami, Fla., for appellees.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.
The judgment is affirmed.